**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Marvin Eugene BRADLEY, a/k/a Gotti,**
**a/k/a Gene, Defendant-Appellant.**

No. 17-6094

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 26, 2017

Emily Deck Harrill, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Columbia, South Carolina, for Appellant. Nathan S. Williams, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Eugene Bradley seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller-El v. Cockrell,* 537 U.S. 322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Bradley has not made the requisite showing. Accordingly, we deny Bradley's motion for a certificate of appealability and dismiss the appeal. We

**166**

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

Marcus Rudolph Keys appeals the district court's orders denying Keys' motion to unseal a pretrial motions hearing transcript and his motion to reconsider. The district court record includes a transcript of the trial testimony on the date in question, but the motions hearing was not transcribed. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.